# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00623-CV

**Parker Barber & Beauty Supply, Inc., Appellant**

**v.**

**The Wella Corporation, Donald German and Stephen Crawford, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN200002, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   October 11, 2006